**UNITED STATES DISTRCIT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **Denina Begley,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.:1:15-cv-473-TWP-DML** |
| | ) | |
| **Monarch Recovery Management, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Comes now the Plaintiff, in person and by counsel, and hereby files her Notice of Acceptance of the Offer of Judgment tendered by the Defendant Monarch Recovery Management, Inc., in the above-captioned action and, in support thereof, would show the Court the following:

1. On June 24, 2015, the Defendant sent the Plaintiff an Offer of Judgment.
2. The Plaintiff accepts the Offer of Judgment which is attached hereto as *Exhibit "1"*.

I affirm under penalty of perjury that the foregoing representations are true and correct.

Denina Begley
Plaintiff

Respectfully submitted,

John T. Steinkamp, #19891-49
Attorney for Denina Begley
5218 S. East Street, Suite E-1
Indianapolis, IN 46227
(317) 780-8300
steinkamplaw@yahoo.com

**Certificate of Service**

I hereby certify that on June 29, 2015 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Reminger Co., L.P.A.
Attorney Vincent P. Antaki
vantaki@reminger.com

_/s/ John T. Steinkamp_____
John T. Steinkamp
John Steinkamp & Associates
5218 S. East Street, Suite #E-1
Indianapolis, IN 46227
Phone: (317) 780-8300
Fax: (317) 217-1320
steinkamplaw@yahoo.com