**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| DENINA BEGLEY | ) | CASE NO. 1:15-cv-00473-TWP-DML |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **OFFER OF JUDGMENT** |
| | ) | |
| MONARCH RECOVERY MANAGEMENT, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO: Plaintiff Denina Begley (hereinafter "Plaintiff"), by and through her counsel John T. Steinkamp, 5218 S. East Street, Suite E1, Indianpolis, IN 46227.

Pursuant to Fed R. Civ. P. 68, Defendant Monarch Recovery Management, Inc. (hereinafter "Monarch") hereby offers to allow judgment to be taken against it in favor of Plaintiff, as follows:

1. Judgment shall be entered against Monarch for statutory damages in the total amount of One Thousand and No/100 Dollars ($1,000) and actual damages in the amount of One and No/100 Dollars ($1) for Monarch's alleged violations of the Fair Debt Collection Practices Act;

2. In addition, the Judgment entered shall include an additional amount for Plaintiff's reasonable costs and attorney's fees accrued through the date of this Offer of Judgment either: 1) as agreed to by counsel for the parties; or 2) in the event counsel cannot agree, as determined by the Court upon application by Plaintiff's counsel;

3. The Judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiff against Monarch, said judgment shall have no effect whatsoever except in settlement of those claims;

4. This Offer of Judgment is made solely for the purposes specified in Fed. R. Civ. P. 68, and is not to be construed either as an admission that Monarch is liable in this action, or that Plaintiff has suffered any damage;

5. In accordance with Fed. R. Civ. P. 68, if this Offer of Judgment is not accepted by Plaintiff within 14 days after service of the Offer, the Offer shall be deemed withdrawn

EXHIBIT
tabbies
1

and evidence of this Offer will be inadmissible except in any proceeding to recover costs. If this Offer of Judgment is not accepted by Plaintiff and the judgment finally obtained by Plaintiff is not more favorable than this Offer, the Plaintiff will be responsible for costs incurred from the date of this Offer.

ACCEPTED: ______________________
Plaintiff

DATE: ____________________________

Respectfully Submitted,

REMINGER CO., L.P.A.

/s/ Vincent P. Antaki
Vincent P. Antaki (22260-15)
REMINGER CO., L.P.A.
Three Parkwood, Suite 150
450 E. 96th Street
Indianapolis, IN 46240
T: 317-663-8570
F: 317-663-8580
vantaki@reminger.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June 2015, a copy of the foregoing was served on John T. Steinkamp, 5218 S. East Street, Suite E1, Indianapolis, IN 46227, by e-mail and certified mail.

/s/ Vincent P. Antaki
Vincent P. Antaki (22260-15)